UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY JAMES OLIVAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No.  2:16-cv-0576 CMK P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and all future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

Dated:  May 6, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

/md; oliv0576.109